AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jul 10, 2024**

SEAN F. McAVOY, CLERK

CHRIS HILL, an individual

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| ALLSTATE INSURANCE SERVICES, INC., a Delaware corporation, ESURANCE INSURANCE SERVICES, INC., a Delaware corporation | ) ) |
| _____ | |
| *Defendant* | |

Civil Action No.   2:24-CV-0070-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____  .

☑ other: Pursuant to the Court's Order at ECF No. 4, this action is DISMISSED with prejudice and without additional fees or costs.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice. _____

Date:  7/10/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Brian Molony _____
*(By) Deputy Clerk*

Brian Molony _____